# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 310
:
ORDER AMENDING RULE 1512 OF THE : APPELLATE PROCEDURAL RULES
PENNSYLVANIA RULES OF : DOCKET
APPELLATE PROCEDURE :
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of November, 2023, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. 103(a)(3):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1512 of the Pennsylvania Rules of Appellate Procedure is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective January 1, 2024.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.